NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**DEAN CORREN, the VERMONT PROGRESSIVE PARTY, STEVEN HINGTGEN, RICHARD KEMP and MARJORIE POWER**

    v.        Case No: 2:15-cv-00058-wks

**WILLIAM SORRELL,**
*Vermont Attorney General, in his official capacity*

**TAKE NOTICE** that the above-entitled case has been scheduled at 1:30 p.m. on Monday, August 31, 2015, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for Oral Argument on the Motions to Dismiss.

**Location: Courtroom 542**           JEFFREY S. EATON, Clerk
Date of Notice: 8/20/2015

                      By /s/Joanne A. Muir
                      Deputy Clerk

**TO:**

John L. Franco, Jr., Esq.

Eve R. Jacobs-Carnahan, Esq.
Megan J. Shafritz, Esq.

**Court Reporter**