LAW OFFICES
OF

# JOHN L. FRANCO, JR.

110 Main Street, Suite 208
Burlington, Vermont 05401-8451
Telephone (802) 864-7207 FAX (802) 859-1876
email: johnfrancolaw@aol.com

January 13, 2016

Jeffrey Eaton, Clerk
U.S. District Court
P.O. Box 945
Burlington, VT. 05402-0945

Re:   *Dean Corren et al. v. William Sorrell et al.*
      Case No. 2:15-cv-58,
      **Third Letter of Supplemental Authority**

Dear Mr. Eaton,

   This is a letter of supplemental authority directing the Court's attention to the original public financing provisions of the Vermont Campaign Finance Act adopted in Acts of 1997, No. 64. Under the 1997 enactment, the funds available to a publicly financed candidate (PFC) were to be coextensive with those available to traditionally financed candidates (TFCs) by dint of the expenditure limits allowed all candidates. Former 17 V.S.A. § 2805a specifically provided

> (a) The following campaign expenditure limitations shall apply to all candidates, for all primary, general, and local elections, whether or not a candidate accepts Vermont campaign finance grants under subchapter 6 of this chapter, is financing his or her campaign from private contributions, or from the candidate's own resources or that of his or her immediate family…
>
>    (2) A candidate for lieutenant governor shall limit campaign expenditures to no more than $100,000 in any two year general election cycle.

Concomitantly, former 17 V.S.A. §2855 (a)(2) provided publicly finance candidates for lieutenant governor $200,000 in resources:

> (2)  For lieutenant governor, $25,000.00 in a primary election period and $75,000 in a general election period, provided that the grant for the primary election period shall be reduced by an amount equal to the candidate's qualifying contributions.

Copies of the referenced sections of the former statute are attached.

                              Very truly yours,
                              */s/ John L. Franco, Jr.*
                              John L. Franco, Jr.
                              Counsel to plaintiffs