AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

| | | |
|---|---|---|
| Dean Corren, the Vermont Progressive Party, Steven Hingtgen, Richard Kemp, Marjorie Power, | : : : : | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | : : | CASE NUMBER: 2:15-cv-58 |
| David Zuckerman, | : : | |
| Intervenor-Plaintiff, | : : | |
| v. | : : | |
| William Sorrell, James Condos, | : : | |
| Defendants. | : | |

☐ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Document No. 58) filed March 9, 2016, Plaintiffs' Motion for Preliminary Injunction (Document No. 2) is denied and Defendants' Motion to Dismiss (Document No. 43) is granted. This case is HEREBY DISMISSED without prejudice to re-filing in the event that the state courts offer an interpretation of the statute that is inconsistent with this Opinion and Order.

Previously, pursuant to the Court's Opinion and Order (Document No. 39) filed December 8, 2015, Defendant William Sorrell's Motion to Dismiss Plaintiffs' Second Amended Complaint (Document No. 32) was granted in part and denied in part. The Court abstained from hearing Plaintiff Dean Corren's challenges to Vermont's campaign finance law insofar as those challenges relate to the enforcement action pending against him in state court. Because the refund provision was one such challenge, and that provision had since been repealed such that there can be no effective prospective relief, Count IV of the Second Amended Complaint was dismissed without prejudice. Plaintiff Dean Corren was allowed to proceed in this case with his challenges to the bar on "rescue" contributions to publicly-funded candidates, and to the prohibition on his ability to contribute to his own campaign. Plaintiffs had standing to bring the remaining claims as set forth in this Opinion and Order. Defendant William Sorrell's prior Motion to Dismiss (Document No. 7) and Motion to Dismiss Amended Complaint (Document No. 20) were denied as moot. Plaintiff-Intervenor David Zuckerman's Motion to Intervene (Document No. 36) was granted. Defendant William Sorrell's Motion to Stay Proceedings Pending Decision on the Motion to Dismiss (Document No. 8) was granted.

| | |
|---|---|
| | JEFFREY S. EATON |
| Date: March 11, 2016 | Clerk |
| | |
| JUDGMENT ENTERED ON DOCKET | /s/ Joanne A. Muir |
| DATE: March 11, 2016 | (By) Deputy Clerk |